UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Roberts, et al.,

        Plaintiffs,

v.

Ocwen Loan Servicing, LLC,

        Defendants.

Civil 12-2426 (SRN/FLN)

O R D E R

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 18, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to enforce the settlement agreement is **GRANTED** to the extent set forth in Magistrate Judge Noel's Report and Recommendation dated November 18, 2014, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: December 3, 2014
                                                 s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Court Judge